139 A.3d 1188

IN THE MATTER OF FRANCIS B. BATCHA, AN ATTORNEY
AT LAW (ATTORNEY NO. 055911994).

July 22, 2016.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 15–212, concluding that **FRANCIS B. BATCHA** of **FREEHOLD,** who was admitted to the bar of this State in 1994, should be censured for violating *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **FRANCIS B. BATCHA** is hereby censured;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.